## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA HELLMANN and DAN HELLMANN, | ) CIVIL DIVISION ) ) No: 07-1373 |
| Plaintiffs, | ) ) U.S. District Judge Gary L. Lancaster |
| v. | ) ) |
| SCOTT KERSCHER, individually and in his official capacity as a law enforcement officer of ROSSLYN FARMS BOROUGH; LARRY FISCHIO, in his official capacity as Chief of Police of the ROSSLYN FARMS POLICE DEPARTMENT; the ROSSLYN FARMS POLICE DEPARTMENT; and the BOROUGH OF ROSSLYN FARMS, | ) **ELECTRONICALLY FILED** ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this **7th** day of **Feb**, 2008, upon consideration of the Defendant Ofc. Scott Kercher's Motion to Amend the Caption, the same is GRANTED. It is further ORDERED that the Clerk shall amend the caption as follows:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA HELLMANN and DAN HELLMANN, | ) CIVIL DIVISION ) |
| | ) No: 07-1373 |
| Plaintiffs, | ) |
| | ) U.S. District Judge Gary L. Lancaster |
| v. | ) |
| | ) |
| SCOTT KERCHER, individually and in his official capacity as a law enforcement officer of ROSSLYN FARMS BOROUGH; LARRY FISCHIO, in his official capacity as Chief of Police of the ROSSLYN FARMS POLICE DEPARTMENT; the ROSSLYN FARMS POLICE DEPARTMENT; and the BOROUGH OF ROSSLYN FARMS, | ) **ELECTRONICALLY FILED** ) ) ) ) ) ) ) ) |
| Defendants. | ) |

BY THE COURT:

_____
United States District Judge Gary L. Lancaster

12/584583.v1