IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA HELLMANN and DAN HELLMANN, | ) ) |
| | ) Civil Action No. 07-cv-1373 |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| SCOTT KERSCHER, individually and in His Official Capacity as a Law Enforcement Officer of ROSSLYN FARMS BOROUGH, LARRY FISCHIO, in his Official Capacity as Chief of Police of the ROSSLYN FARMS POLICE DEPARTMENT; the ROSSLYN FARMS POLICE DEPARTMENT; and the BOROUGH OF ROSSLYN FARMS, | ) ) ) ) ) ) ) ) ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) |

## ORDER of COURT

AND NOW this **19** day of February, 2008, upon consideration of Defendants' Motion to Stay, it is hereby ORDERED and DECREED that Defendants' Motion to Stay is Denied in all respects and the following Order is entered:

~~Defendant, Scott Kerscher is ORDERED to file an Answer to Plaintiffs' Amended Complaint by February 7, 2008.~~

1. Defendants, Borough of Rosslyn Farms, Larry Fischio and the Rosslyn Farms Police Department are Ordered to file an Answer to Plaintiffs' Amended Complaint by February **29**, 2008.

2. This Court's January 8, 2008, Initial Scheduling Order is amended as follows:

{21053 01/394218:}

a. Any motion to amend the pleadings shall be filed on or before March 14, 2008.

b. The parties shall schedule, and complete, any selected Alternative Dispute Resolution process on or before March 14, 2008;

c. The parties shall complete all fact discovery by June 16, 2008

d. A Post-Discovery Status Conference is scheduled for  $\underline{JULY\ 11}$ , 2008 at $\underline{1\ 30}$  $\underline{P}$.m.

**IT IS SO ORDERED.**

BY THE COURT:

_____, J.