IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA HELLMANN and DAN HELLMANN, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KERCHER, individually and in His Official Capacity as a Law Enforcement Officer of ROSSLYN FARMS BOROUGH, LARRY FISCHIO, in his Official Capacity as Chief of Police of the ROSSLYN FARMS POLICE DEPARTMENT; the ROSSLYN FARMS POLICE DEPARTMENT; and the BOROUGH OF ROSSLYN FARMS, <br><br> Defendants. | Civil Action No. 07-cv-1373 <br><br> **JURY TRIAL DEMANDED** |

## ~~PROPOSED~~ ORDER OF COURT

AND NOW this 8 day of May, 2008, upon consideration of Plaintiffs' Motion to Compel the Production of Defendant, Scott Kercher's Personnel File and Employment File as Part of All Defendants' Mandatory Disclosures Pursuant to Fed. R. Civ. P. 26(a), it is hereby ORDERED and DECREED that said Motion is GRANTED, and Defendants shall make Scott Kercher's complete personnel/employment file available for inspection and photocopying by counsel for Plaintiffs within five (5) days of the date of this Order.

**IT IS SO ORDERED.**

BY THE COURT:

_____, J.

{21053 01/399720:}