IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PAMELA HELLMAN and DAN HELLMANN, )
)
        Plaintiffs, )
)
  v. ) Civil Action No. 07-1373
)
SCOTT KERCHER, individually and )
in his official capacity as a law )
enforcement officer of Rosslyn )
Farms Borough, LARRY FISCHIO, )
in his official capacity as )
Chief of Police of the ROSSLYN )
FARMS POLICE DEPARTMENT, and the )
BOROUGH OF ROSSLYN FARMS, )
)
        Defendants. )

## ORDER

AND NOW, this 18th day of June, 2008, IT IS HEREBY ORDERED that plaintiffs' motion to compel defendant, Scott Kercher, to provide them with authorizations to obtain military records [Doc. No. 61] is GRANTED in part and DENIED in part. Plaintiffs' motion is GRANTED with respect to their request for an executed Authorization For Disclosure Of Medical Or Dental Information for defendant Kercher during his military service. With respect to plaintiffs' request for an executed Request Pertaining To Military Records beyond his medical and dental records, plaintiffs' motion is DENIED.

IT IS FURTHER ORDERED that defendant Kercher return to plaintiffs' counsel an executed Authorization For Disclosure Of

defendant's military Medical Or Dental Information within 5 working days of the date of this order.

BY THE COURT:

/s/ Gary L. Lancaster
Gary L. Lancaster
United States District Judge

cc: All counsel of record