IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAMELA HELLMANN and DAN HELLMANN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL DIVISION |
| | | No: 07-1373 |
| Plaintiffs, | | |
| | | U.S. District Judge Gary L. Lancaster |
| v. | | |
| | | |
| SCOTT KERCHER, individually and in his official capacity as a law enforcement officer of ROSSLYN FARMS BOROUGH; LARRY FISCHIO, in his official capacity as Chief of Police of the ROSSLYN FARMS POLICE DEPARTMENT; the ROSSLYN FARMS POLICE DEPARTMENT; and the BOROUGH OF ROSSLYN FARMS, | | ELECTRONICALLY FILED |
| Defendants. | | |

**ORDER OF COURT**

AND NOW, this 1st day of July, 2008, upon consideration of Defendant's Motion to Reconsider and for Alternative Relief, it is hereby ORDERED as follows: In light of the modified medical release submitted by P which comforms to the courts original order the motion to reconsider is denied.

BY THE COURT:

/s/ G L Lancaster
U.S. District Judge Gary L. Lancaster

12/647267.v1