IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA HELLMANN and DAN HELLMANN, | )<br>)<br>) Civil Action No. 07-cv-1373 |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| SCOTT KERCHER, individually and in His Official Capacity as a Law Enforcement Officer of ROSSLYN FARMS BOROUGH, LARRY FISCHIO, in his Official Capacity as Chief of Police of the ROSSLYN FARMS POLICE DEPARTMENT; the ROSSLYN FARMS POLICE DEPARTMENT; and the BOROUGH OF ROSSLYN FARMS, | ) **JURY TRIAL DEMANDED**<br>)<br>) AND NOW, THIS 28th DAY OF<br>) July 08, IT IS HEREBY<br>) ORDERED THAT THE WITHIN<br>) MOTION IS DENIED.<br>)<br>)<br>) _/s/ Gary L. Lancaster_ |
| Defendants. | ) GARY L. LANCASTER,<br>UNITED STATES DISTRICT JUDGE |

## MOTION TO STRIKE DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT

Plaintiffs, Pamela Hellmann ("Mrs. Hellmann") and Dan Hellmann ("Mr. Hellmann") (sometimes incorrectly referred to as "Hellman" by various Defendants), wife and husband, respectively, by and through their undersigned counsel, Blumling & Gusky, LLP, file the within Plaintiff's Motion to Strike Defendants' Motion to Dismiss the Second Amended Complaint filed by Defendant, Scott Kercher ("Kercher"), and the Motion to Dismiss the Second Amended Complaint filed by Defendants Larry Fischio ("Fischio"), the Borough of Rosslyn Farms ("Borough") and the Rosslyn Farms Police Department ("Department"), and in support thereof state and aver as follows:

{21053 01/407865:}