IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA HELLMANN and DAN HELLMANN,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT KERCHER, individually and in His Official Capacity as a Law Enforcement Officer of ROSSLYN FARMS BOROUGH, LARRY FISCHIO, in his Official Capacity as Chief of Police of the ROSSLYN FARMS POLICE DEPARTMENT; the ROSSLYN FARMS POLICE DEPARTMENT; and the BOROUGH OF ROSSLYN FARMS,<br><br>Defendants. | Civil Action No. 07-cv-1373<br><br>JURY TRIAL DEMANDED<br><br>AND NOW, THIS 1st DAY OF Oct 08, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.<br><br>GARY L. LANCASTER,<br>UNITED STATES DISTRICT JUDGE |

### PLAINTIFFS' MOTION TO COMPEL THE MUNICIPAL DEFENDANTS TO PRODUCE DOCUMENTS AND THINGS IN RESPONSE TO PLAINTIFFS' WRITTEN DISCOVERY REQUESTS AND TO COMPEL THE MUNICIPAL DEFENDANTS TO PRODUCE A DESIGNEE TO TESTIFY ABOUT INFORMATION KNOWN OR REASONABLY AVAILABLE TO THE MUNICIPAL DEFENDANTS

Plaintiffs, Pamela Hellmann ("Mrs. Hellmann") and Dan Hellmann ("Mr. Hellmann"), wife and husband, respectively, by and through their undersigned counsel, Blumling & Gusky, LLP, pursuant to Rules 33(b)(2) and 34 of the Federal Rules of Civil Procedure file the instant Motion to Compel Defendants, Chief of Police Larry Fischio ("Fischio"), the Borough of Rosslyn Farms ("Borough") and the Rosslyn Farms Police Department (the "Department") (collectively, Chief Fischio, the Borough and the Department may be referred to hereinafter as the "Municipal Defendants") to provide them with certain categories of documents and things and articles of evidence which were originally requested in Plaintiffs' First Requests for Production, First Interrogatories and Second Requests for Production, and which were subsequently specifically requested following the completion of oral depositions in this lawsuit,

{21053 01/411754:}