IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA HELLMANN and DAN HELLMANN, | ) CIVIL DIVISION ) |
| Plaintiffs, | ) No: 07-1373 |
| v. | ) |
| SCOTT KERCHER, individually and in his official capacity as a law enforcement officer of ROSSLYN FARMS BOROUGH; LARRY FISCHIO, in his official capacity as Chief of Police of the ROSSLYN FARMS POLICE DEPARTMENT; the ROSSLYN FARMS POLICE DEPARTMENT; and the BOROUGH OF ROSSLYN FARMS, | ) U.S.D istrictJ udge Gary L. Lancaster ) ) ) ELECTRONICALLY FILED ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF COURT

And now, this __15__ day of __June__, 2009, in keeping with the foregoing stipulation of counsel, it is hereby ORDERED as follows:

1. The claims of the Plaintiffs are dismissed with prejudice.

2. DefendantK ercher's counterclaim is dismissed without prejudice to Kercher's right to transfer and/or pursue his claims in state court.

3. As no federal question remains to be resolved, this Court relinquishes jurisdiction over this matter.

4. Each shall bear its own costs.

BY THE COURT

_____
Gary L. Lancaster, District Judge

12/816975.v1